UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: JAR 259 FOOD CORP., | CASE NO: 22-40304 (JMM) |
| YANN GERON, as Chapter 7 Trustee of Jar 259 Food Corp.,, <br> v. <br> ACCUFAST HOLDINGS, LLC d/b/a/ SECURITY TITLE SERVICES, CATALYST BUSINESS PARTNERS LLC, NARINDER SINGH GAHRA, PRITAM KAUR, KAMLESH C. MEHTA FAMILY LLC, KAMLESH MEHTA a/k/a KAMLESH C. METTA, PARK HILLSIDE REALTY, LLC, PK BUSINESS CAPITAL INC., JAGADEESAN V. POOLA and SILVER STAR FOODS, INC., | ADVERSARY CASE NO: 24-01030 <br><br> **CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br> Chapter: 7 <br><br> ECF Docket Reference No. 1 |

On 2/22/2024, I did cause a copy of the following documents, described below,

1. COMPLAINT OF PLAINTIFF/TRUSTEE AGAINST (1) ACCUFAST HOLDINGS, LLC D/B/A SECURITY TITLE SERVICES, (2) CATALYST BUSINESS PARTNERS LLC, (3) NARINDER SINGH GAHRA, (4) PRITAM KAUR, (5) KAMLESH C. MEHTA FAMILY LLC, (6) KAMLESH MEHTA a/k/a KAMLESH C. METTA, (7) PARK HILLSIDE REALTY LLC, (8) PK BUSINESS CAPITAL INC., (9) JAGADEESAN V. POOLA, AND (10) SILVER START FOODS, INC., SEEKING ENTRY OF ONE OR MORE JUDGMENT(S) FOR DAMAGES ARISING FROM (I) AVOIDANCE OF PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. § 547, 550; (II) AVOIDANCE PURSUANT TO 11 U.S.C. §§ 544, 548, 550; NYDCL §§ 272 – 279; (III) RECOVERY OF TRANSFERS FROM ONE OR MORE DEFENDANTS AS SUBSEQUENT TRANSFEREES; (IV) UNJUST ENRICHMENT; AND (V) DISALLOWANCE OF CLAIMS PURSUANT TO 11 U.S.C. § 502 [ECF Docket Reference No. 1]

2. SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING [ECF Docket Reference No. 2]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 2/22/2024

/s/ Kathleen Aiello
Kathleen Aiello
Klestadt Winters Jureller Southard & Stevens, LLP
200 W 41ST ST
New York, NY  10036
212 972 3000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: JAR 259 FOOD CORP.,<br><br>YANN GERON, as Chapter 7 Trustee of Jar 259 Food Corp.,,<br><br>v.<br><br>ACCUFAST HOLDINGS, LLC d/b/a/ SECURITY TITLE SERVICES, CATALYST BUSINESS PARTNERS LLC, NARINDER SINGH GAHRA, PRITAM KAUR, KAMLESH C. MEHTA FAMILY LLC, KAMLESH MEHTA a/k/a KAMLESH C. METTA, PARK HILLSIDE REALTY, LLC, PK BUSINESS CAPITAL INC., JAGADEESAN V. POOLA and SILVER STAR FOODS, INC., | CASE NO: 22-40304 (JMM)<br><br>ADVERSARY CASE NO: 24-01030<br><br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br><br>ECF Docket Reference No. 1 and 2 |

On 2/22/2024, a copy of the following documents, described below,

1. COMPLAINT OF PLAINTIFF/TRUSTEE AGAINST (1) ACCUFAST HOLDINGS, LLC D/B/A SECURITY TITLE SERVICES, (2) CATALYST BUSINESS PARTNERS LLC, (3) NARINDER SINGH GAHRA, (4) PRITAM KAUR, (5) KAMLESH C. MEHTA FAMILY LLC, (6) KAMLESH MEHTA a/k/a KAMLESH C. METTA, (7) PARK HILLSIDE REALTY LLC, (8) PK BUSINESS CAPITAL INC., (9) JAGADEESAN V. POOLA, AND (10) SILVER START FOODS, INC., SEEKING ENTRY OF ONE OR MORE JUDGMENT(S) FOR DAMAGES ARISING FROM (I) AVOIDANCE OF PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. § 547, 550; (II) AVOIDANCE PURSUANT TO 11 U.S.C. §§ 544, 548, 550; NYDCL §§ 272 – 279; (III) RECOVERY OF TRANSFERS FROM ONE OR MORE DEFENDANTS AS SUBSEQUENT TRANSFEREES; (IV) UNJUST ENRICHMENT; AND (V) DISALLOWANCE OF CLAIMS PURSUANT TO 11 U.S.C. § 502 [ECF Docket Reference No. 1]

2. SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING [ECF Docket Reference No. 2]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/22/2024

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kathleen Aiello
Klestadt Winters Jureller Southard & Stevens, LLP
200 W 41ST ST
New York, NY 10036

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

YANN GERON
370 LEXINGTON AVENUE
SUITE 1101
NEW YORK, NY 10017

JAR 259 FOOD CORP.
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
259-01 UNION TURNPIKE
FLORAL PARK, NY 11004

JAR 259 FOOD CORP.
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
259-11 UNION TURNPIKE
GLEN OAKS, NY 11004

JAR 259 FOOD CORP.
C/O NHP BUSINESS MANAGEMENT SERVICES, INC.
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
229 JERICHO TURNPIKE,
NEW HYDE PARK, NY 11040

ACCUFAST HOLDINGS LLC D/B/A SECURITY TITLE
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
9225 PRIORITY WAY WEST DRIVE
INDIANAPOLIS, IN 46240-1573

ACCUFAST HOLDINGS LLC D/B/A SECURITY TITLE
C/O DEAN LOPEZ OR OFFICER, MANAGER, OR ANY OTHER
OFFICER AUTHORIZED TO RECEIVE SERVICE OF PROCESS
650 N. RANGELINE ROAD
CARMEL, IN 46032

CATALYST BUSINESS PARTNERS LLC
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
8324 N. 9TH AVENUE
PHOENIX, AZ 85021-5536

NARINDER SINGH GAHRA
46 ALLING STREET
HICKSVILLE, NY 11801

PRITAM KAUR
46 ALLING STREET
HICKSVILLE, NY 11801

KAMLESH C. MEHTA FAMILY LLC
C/O ARJIT MEHTA OR OFFICER, MANAGER, OR ANY OTHER
OFFICER AUTHORIZED TO RECEIVE SERVICE OF PROCESS
22 HEMINGWAY DRIVE
DIX HILLS, NY 11746

ARJIT MEHTA
226 BROOKVILLE ROAD
GLEN HEAD, NY 11545

ARJIT MEHTA
P.O. BOX 784
HICKSVILLE, NY 11802

PARK HILLSIDE REALTY LLC
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
150 GREAT NECK ROAD, SUITE 304
GREAT NECK, NY 11021

PARK HILLSIDE REALTY LLC
C/O IGAL NAMIDAR OR OFFICER, MANAGER, OR ANY OTHER
OFFICER AUTHORIZED TO RECEIVE SERVICE OF PROCESS
150 GREAT NECK ROAD, SUITE 304
GREAT NECK, NY 11021

PK BUSINESS CAPITAL INC.
C/O THE CORPORATION
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
320 POST AVENUE, SUITE 307
WESTBURY, NY 11590

JAGADEESAN V. POOLA
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
7 PARK DRIVE EAST
OLD WESTBURY, NY 11568

SILVER STAR FOODS, INC.
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
6000 FAIRVIEW ROAD, SUITE 1200
CHARLOTTE, NC 28210

SILVER STAR FOODS, INC.
C/O REGISTERED AGENTS, INC.
ATTN: OFFICER, MANAGER, OR ANY OTHER OFFICER
AUTHORIZED TO RECEIVE SERVICE OF PROCESS
4030 WAKE FOREST ROAD, SUITE. 349
RALEIGH, NC 27609