UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re						:
						:	Chapter 7
JAR 259 FOOD CORP.,				:
						:	Case No. 22-40304 (JMM)
					Debtor.	:
---------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of		:
Jar 259 Food Corp.,				:
					Plaintiff,	:
		-against-				:
						:
ACCUFAST HOLDINGS, LLC d/b/a/			:	Adv. Pro. No. 24-01030 (JMM)
SECURITY TITLE SERVICES, CATALYST		:
BUSINESS PARTNERS LLC, NARINDER		:
SINGH GAHRA, PRITAM KAUR,			:
KAMLESH C. MEHTA FAMILY LLC,			:
KAMLESH MEHTA a/k/a KAMLESH C.		:
METTA, PARK HILLSIDE REALTY, LLC,		:
PK BUSINESS CAPITAL INC.,			:
JAGADEESAN V. POOLA and SILVER		:
STAR FOODS, INC.,				:
						:
					Defendants.	:
---------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 7th day of March 2024, I served copies of:

- Complaint of Plaintiff/Trustee Against (1) Accufast Holdings, LLC d/b/a Security Title Services, (2) Catalyst Business Partners LLC, (3) Narinder Singh Gahra, (4) Pritam Kaur, (5) Kamlesh C. Mehta Family LLC, (6) Kamlesh Mehta a/k/a Kamlesh C. Metta, (7) Park Hillside Realty LLC, (8) PK Business Capital Inc., (9) Jagadeesan V. Poola, and (10) Silver Star Foods, Inc., Seeking Entry of One or More Judgment(s) for Damages Arising from (I) Avoidance of Preferential Transfers Pursuant to 11 U.S.C.

§ 547, 550; (II) Avoidance of Constructive and Intentional Fraudulent Conveyances Pursuant to 11 U.S.C. §§ 544, 548, 550; NYDCL §§ 272 – 279; (III) Recovery of Transfers from One or More Defendants as Subsequent Transferees; (IV) Unjust Enrichment; and (V) Disallowance of Claims Pursuant to 11 U.S.C. § 502 [Docket No. 1]; and

- Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 2]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 13, 2024

*/s/Lily Nevins-Perle*
Lily Nevins-Perle

## Schedule A

Catalyst Business Partners, LLC
6203 San Ignacio Avenue, Suite 110
San Jose, California 95119

Catalyst Business Partners, LLC
c/o Anupam Awasthi
20915 Hidden View Lane
Saratoga, California 95070