**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello

*Special Litigation Counsel to Plaintiff Yann*
  *Geron, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                        :
                                                             :                    Chapter 7
JAR 259 FOOD CORP.,                                          :
                                                             :                    Case No. 22-40304 (JMM)
                              Debtor.                        :
---------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of                          :
Jar 259 Food Corp.,                                          :
                                                             :
                              Plaintiff,                     :
                                                             :
       -against-                                             :                    Adv. Pro. No. 24-01030
                                                             :                    (JMM)
                                                             :
ACCUFAST HOLDINGS, LLC d/b/a/                                :
SECURITY TITLE SERVICES, CATALYST                            :
BUSINESS PARTNERS LLC, NARINDER                              :
SINGH GAHRA, PRITAM KAUR,                                    :
KAMLESH C. MEHTA FAMILY LLC,                                 :
KAMLESH MEHTA a/k/a KAMLESH C.                               :
METTA, PARK HILLSIDE REALTY, LLC,                            :
PK BUSINESS CAPITAL INC.,                                    :
JAGADEESAN V. POOLA and SILVER                               :
STAR FOODS, INC.,                                            :
                                                             :
                              Defendants.                    :
---------------------------------------------------------x

# TRUSTEE'S ADVERSARY PROCEEDING STATUS REPORT

**TO THE HONORABLE JUDGE MAZER-MARINO,**
**UNITED STATES BANKRUPTCY JUDGE:**

On February 16, 2024, Yann Geron (the "Trustee"), the chapter 7 trustee of Jar 259 Food Corp. (the "Debtor") filed a complaint in the above-captioned adversary proceeding against ten (10) named defendants (collectively, the "Defendants"). The Trustee files the Status Report, annexed hereto as **Exhibit A**, detailing the status with respect to each of the named Defendants.

Dated: New York, New York
April 13, 2024

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**

By: */s/ Kathleen M. Aiello*
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
bscott@klestadt.com
kaiello@klestadt.com

*Special Litigation Counsel to Yann Geron,*
*Chapter 7 Trustee of the Estate of Jar 259*
*Food. Corp.*

# **<u>Exhibit A</u>**

### Geron v. Gahra, et al. (Adv. Pro No. 24-01030(JMM) - Adversary Proceeding Status Chart

| Defendant | Total Claims | Service Made | Service Complete | Answer Deadline | Extended on Consent | DEFAULT | Pretrial Conference |
|---|---|---|---|---|---|---|---|
| Accufast Holdings LLC d/b/a Security Title | $600,000.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Catalyst Business Partners LLC | $50,000.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Narinder Singh Gahra | $1,500,000.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Pritam Kaur | $600,000.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Kamlesh C. Mehta Family LLC | $704,100.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Kamlesh C. Mehta | $0.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Park Hillside Realty, LLC | $226,295.18 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| PK Business Capital Inc. | $93,417.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Jagadeesan V. Poola | $200,000.00 | Yes | Yes | April 22, 2024 | Yes | No | April 16, 2024 |
| Silver Star Foods, Inc. | $100,000.00 | Yes | Yes | March 22, 2024 | No | Yes | April 16, 2024 |