**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello

*Special Litigation Counsel to Plaintiff Yann*
   *Geron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 7
JAR 259 FOOD CORP.,                                      :
                                                         :   Case No. 22-40304 (JMM)
                          Debtor.                        :
------------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of                      :
Jar 259 Food Corp.,                                      :
                                                         :
                          Plaintiff,                     :
                                                         :
       -against-                                         :   Adv. Pro. No. 24-01030
                                                         :   (JMM)
                                                         :
ACCUFAST HOLDINGS, LLC d/b/a/                            :
SECURITY TITLE SERVICES, CATALYST                        :
BUSINESS PARTNERS LLC, NARINDER                          :
SINGH GAHRA, PRITAM KAUR,                                :
KAMLESH C. MEHTA FAMILY LLC,                             :
KAMLESH MEHTA a/k/a KAMLESH C.                           :
METTA, PARK HILLSIDE REALTY, LLC,                        :
PK BUSINESS CAPITAL INC.,                                :
JAGADEESAN V. POOLA and SILVER                           :
STAR FOODS, INC.,                                        :
                                                         :
                          Defendants.                    :
------------------------------------------------------------x

**TRUSTEE'S ADVERSARY PROCEEDING STATUS REPORT**

**TO THE HONORABLE JUDGE MAZER-MARINO,**
**UNITED STATES BANKRUPTCY JUDGE:**

On February 16, 2024, Yann Geron (the "Trustee"), the chapter 7 trustee of Jar 259 Food Corp. (the "Debtor") filed a complaint in the above-captioned adversary proceeding (the "Adversary Proceeding") against ten (10) named defendants (collectively, the "Defendants").

In accordance with the Procedures at ¶4, annexed as Exhibit A to the *Order Establishing Streamlined Procedures Governing Certain Adversary Proceedings Against "Insiders" and Subsequent Transferees Brought by the Chapter 7 Trustee Pursuant to Sections 502, 544, 547, 548, 550 and 551 of the Bankruptcy Code and New York State Law* [ECF No. 35] (the "Procedures Order"), the Trustee files the Status Report, annexed hereto as **Exhibit A**, detailing the status with respect to each of the named Defendants in this Adversary Proceeding.

While the Status Report specifies the status for each Defendant, the Trustee summarizes the posture of all the matters in this Adversary Proceeding as follows:

| Answers Filed | 4 |
|---|---|
| Defendants in Default | 0 |
| Answer Deadline Extended on Consent to August 26, 2024 | 6 |
| **TOTAL** | **10** |

Dated: New York, New York
       August 1, 2024

                                          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  /s/ *Kathleen M. Aiello*
      Fred Stevens
      Brendan M. Scott
      Kathleen M. Aiello
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: fstevens@klestadt.com
             bscott@klestadt.com
             kaiello@klestadt.com

      *Special Litigation Counsel to Yann Geron, Chapter 7 Trustee of the Estate of Jar 259 Food. Corp.*

# **Exhibit A**

| Geron v. Gahra, et al. (Adv. Pro No. 24-01030(JMM) - Adversary Proceeding Status Chart | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Defendant | Total Claims | Service Made | Service Complete | Answer Deadline | Extended on Consent | Answer Filed | DEFAULT | Pretrial Conference |
| Accufast Holdings LLC d/b/a Security Title | $600,000.00 | Yes | Yes | | Yes | July 25, 2024 ECF No. 34 | No | See Status Report |
| Catalyst Business Partners LLC | $50,000.00 | Yes | Yes | August 26, 2024 | Yes | | No | See Status Report |
| Narinder Singh Gahra | $1,500,000.00 | Yes | Yes | | Yes | July 24, 2024 ECF No. 33 | No | See Status Report |
| Pritam Kaur | $600,000.00 | Yes | Yes | | Yes | July 24, 2024 ECF No. 33 | No | See Status Report |
| Kamlesh C. Mehta Family LLC | $704,100.00 | Yes | Yes | August 26, 2024 | Yes | | No | See Status Report |
| Kamlesh C. Mehta | $0.00 | Yes | Yes | August 26, 2024 | Yes | | No | See Status Report |
| Park Hillside Realty, LLC | $226,295.18 | Yes | Yes | August 26, 2024 | Yes | | No | See Status Report |
| PK Business Capital Inc. | $93,417.00 | Yes | Yes | | Yes | July 24, 2024 ECF No. 33 | No | See Status Report |
| Jagadeesan V. Poola | $200,000.00 | Yes | Yes | August 26, 2024 | Yes | | No | See Status Report |
| Silver Star Foods, Inc. | $100,000.00 | Yes | Yes | August 26, 2024 | Yes | | No | See Status Report |