**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello

*Special Litigation Counsel to Plaintiff Yann*
  *Geron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                                          :
                                                                                    :    Chapter 7
JAR 259 FOOD CORP.,                                                :
                                                                                    :    Case No. 22-40304 (JMM)
                                       Debtor.                         :
-----------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of                   :
Jar 259 Food Corp.,                                                    :
                                                                                    :
                                       Plaintiff,                       :
                                                                                    :
        -against-                                                           :    Adv. Pro. No. 24-01030
                                                                                    :    (JMM)
                                                                                    :
ACCUFAST HOLDINGS, LLC d/b/a/                        :
SECURITY TITLE SERVICES, CATALYST           :
BUSINESS PARTNERS LLC, NARINDER            :
SINGH GAHRA, PRITAM KAUR,                           :
KAMLESH C. MEHTA FAMILY LLC,                    :
KAMLESH MEHTA a/k/a KAMLESH C.              :
METTA, PARK HILLSIDE REALTY, LLC,           :
PK BUSINESS CAPITAL INC.,                               :
JAGADEESAN V. POOLA and SILVER               :
STAR FOODS, INC.,                                                :
                                                                                    :
                                       Defendants.                   :
-----------------------------------------------------------x

# TRUSTEE'S ADVERSARY PROCEEDING STATUS REPORT

**TO THE HONORABLE JUDGE MAZER-MARINO,**
**UNITED STATES BANKRUPTCY JUDGE:**

On February 16, 2024, Yann Geron (the "Trustee"), the chapter 7 trustee of Jar 259 Food Corp. (the "Debtor") filed a complaint in the above-captioned adversary proceeding (the "Adversary Proceeding") against ten (10) named defendants (collectively, the "Defendants").

In accordance with the Procedures at ¶4, annexed as Exhibit A to the *Order Establishing Streamlined Procedures Governing Certain Adversary Proceedings Against "Insiders" and Subsequent Transferees Brought by the Chapter 7 Trustee Pursuant to Sections 502, 544, 547, 548, 550 and 551 of the Bankruptcy Code and New York State Law* [ECF No. 35] (the "Procedures Order"), the Trustee files the Status Report, annexed hereto as **Exhibit A**, detailing the status with respect to each of the named Defendants in this Adversary Proceeding.

While the Status Report specifies the status for each Defendant, the Trustee summarizes the posture of all the matters in this Adversary Proceeding as follows:

| | |
|---|---|
| **Answers Filed**[1] | 7 |
| **Defendants in Default** | 0 |
| **Answer Deadline Extended on Consent to date TBD** | 1 |
| **Settled and Dismissed** | 1 |
| **TOTAL** | **10** |

In accordance with the Procedures Order, the Trustee respectfully respects that any and all matters scheduled for a status conference before the Court on December 10, 2024 or any dates thereafter, be withdrawn and that the Court and all parties in interest respectfully refer to the Status

---

[1] Defendants Kamlesh C. Mehta Family LLC and Kamlesh Mehta aka Kamlesh C. Metta filed one answer.

Report filed herewith and as may be filed going forward for the most current information with respect to each of the Defendants in this Adversary Proceeding.

Dated: New York, New York
December 3, 2024

          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Kathleen M. Aiello*
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
      bscott@klestadt.com
      kaiello@klestadt.com

*Special Litigation Counsel to Yann Geron, Chapter 7 Trustee of the Estate of Jar 259 Food. Corp.*

# **Exhibit A**

| | Geron v. Gahra, et al. (Adv. Pro No. 24-01030(JMM) - Adversary Proceeding Status Chart | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Defendant** | **Total Claims** | **Service Made** | **Service Complete** | **Answer Deadline** | **Extended on Consent** | **Answer Filed** | **DEFAULT** | **Judgment Entered** | **Mediation** |
| Accufast Holdings LLC d/b/a Security Title | $600,000.00 | Yes | Yes | | Yes | July 25, 2024 ECF No. 34 | No | | Awaiting Scheduling |
| Catalyst Business Partners LLC | $50,000.00 | Yes | Yes | August 26, 2024 | Yes | | No | Settled and Dismissed ECF Nos. 42, 43 | |
| Narinder Singh Gahra | $1,500,000.00 | Yes | Yes | | Yes | July 24, 2024 ECF No. 33 | No | | Awaiting Scheduling |
| Pritam Kaur | $600,000.00 | Yes | Yes | | Yes | July 24, 2024 ECF No. 33 | No | | Awaiting Scheduling |
| Kamlesh C. Mehta Family LLC | $704,100.00 | Yes | Yes | | Yes | November 26, 2024 ECF No. 59 | No | | Awaiting Scheduling |
| Kamlesh C. Mehta | $0.00 | Yes | Yes | | Yes | November 26, 2024 ECF No. 59 | No | | Awaiting Scheduling |
| Park Hillside Realty, LLC | $226,295.18 | Yes | Yes | October 25, 2024 | Yes | November 1, 2024 ECF No. 52 | No | | Awaiting Scheduling |
| PK Business Capital Inc. | $93,417.00 | Yes | Yes | | Yes | July 24, 2024 ECF No. 33 | No | | Awaiting Scheduling |
| Jagadeesan V. Poola | $200,000.00 | Yes | Yes | | Yes | November 26, 2024 ECF No. 60 | No | | Awaiting Scheduling |
| Silver Star Foods, Inc. | $100,000.00 | Yes | Yes | November 12, 2024 | Yes | | No | | Negotiating Answer Extension |