| | |
|---|---|
| **KLESTADT WINTERS JURELLER** | **Status Conference Date: March 11, 2025** |
| **SOUTHARD & STEVENS, LLP** | **Status Conference Time: 2:00 p.m. (EST)** |

200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello

*Special Litigation Counsel to Plaintiff Yann Geron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                      :
                                                                                  :    Chapter 7
JAR 259 FOOD CORP.,                                         :
                                                                                  :    Case No. 22-40304 (JMM)
                                       Debtor.                   :
---------------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of          :
Jar 259 Food Corp.,                                            :
                                                                                  :
Plaintiff,                                                                   :
                                                                                  :
-against-                                                                  :    Adv. Pro. No. 24-01030
                                                                                  :    (JMM)
                                                                                  :
ACCUFAST HOLDINGS, LLC d/b/a/             :
SECURITY TITLE SERVICES, CATALYST      :
BUSINESS PARTNERS LLC, NARINDER        :
SINGH GAHRA, PRITAM KAUR,                    :
KAMLESH C. MEHTA FAMILY LLC,              :
KAMLESH MEHTA a/k/a KAMLESH C.          :
METTA, PARK HILLSIDE REALTY, LLC,       :
PK BUSINESS CAPITAL INC.,                         :
JAGADEESAN V. POOLA and SILVER         :
STAR FOODS, INC.,                                        :
                                                                                  :
Defendants.                                                           :
---------------------------------------------------------------x

1

**NOTICE OF STATUS CONFERENCE**
**SCHEDULED FOR MARCH 11, 2025, AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that a status conference (the "Status Conference") in the above referenced adversary proceeding, shall be held on **March 11, 2025, at 2:00 p.m.**, prevailing Eastern Time. The Status Conference shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that you may appear at the Status Conference in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the Status Conference. The phone number or video link for the Status Conference will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference may be adjourned without notice other than an announcement at the Status Conference.

Dated:   New York, New York
         December 16, 2024

                                      **KLESTADT WINTERS JURELLER**
                                      **SOUTHARD & STEVENS, LLP**

By:  */s/ Kathleen M. Aiello*
     Fred Stevens
     Brendan M. Scott
     Kathleen M. Aiello
     200 West 41st Street, 17th Floor
     New York, New York 10036-7203
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: fstevens@klestadt.com
            bscott@klestadt.com
            kaiello@klestadt.com

     *Special Litigation Counsel to Yann Geron,*
       *Chapter 7 Trustee*