**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Brendan M. Scott
Kathleen M. Aiello

*Special Litigation Counsel to Plaintiff Yann
 Geron, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                      :
                                                           :       Chapter 7
JAR 259 FOOD CORP.,                                        :
                                                           :       Case No. 22-40304 (JMM)
                       Debtor.                             :
-----------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of                        :
Jar 259 Food Corp.,                                        :
                                                           :
                       Plaintiff,                          :
                                                           :
       -against-                                           :       Adv. Pro. No. 24-01030
                                                           :       (JMM)
                                                           :
ACCUFAST HOLDINGS, LLC d/b/a/                              :
SECURITY TITLE SERVICES, CATALYST                          :
BUSINESS PARTNERS LLC, NARINDER                            :
SINGH GAHRA, PRITAM KAUR,                                  :
KAMLESH C. MEHTA FAMILY LLC,                               :
KAMLESH MEHTA a/k/a KAMLESH C.                             :
METTA, PARK HILLSIDE REALTY, LLC,                          :
PK BUSINESS CAPITAL INC.,                                  :
JAGADEESAN V. POOLA and SILVER                             :
STAR FOODS, INC.,                                          :
                                                           :
                       Defendants.                         :
-----------------------------------------------------------x

## ~~FIFTH~~ FOURTH (JMM) STIPULATION EXTENDING TIME

**IT IS HEREBY STIPULATED** by and between the Yann Geron, as Chapter 7 Trustee of Jar 259 Food Corp. ("Plaintiff"), and Defendant Silver Star Foods, Inc. (the "Defendant") that the time by which the Defendant must answer, move or otherwise respond to Plaintiff's complaint is extended through January 15, 2025.

| | |
|---|---|
| Dated: New York, New York<br>December, 2024 | Dated: New York, New York<br>December 19, 2024 |
| **SILVER STAR FOODS, INC.** | **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** |
| By: /s/ Tushar Goel<br>Tushar Goel<br>6000 Fairview Rd., Suite 1200<br>Charlotte, North Carolina 28210<br>Telephone: (704) 819-6442<br>Email: tgoel@silverstarfoods.com | By: /s/ Kathleen M. Aiello<br>Fred Stevens<br>Brendan M. Scott<br>Kathleen M. Aiello<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone: (212) 972-3000<br>Email: fstevens@klestadt.com<br>         bscott@klestadt.com<br>         kaiello@klestadt.com<br><br>*Special Litigation Counsel to Plaintiff Yann Geron, Chapter 7 Trustee* |

**SO ORDERED.**

Dated: January 5, 2025
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge