**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                              :
                                                                         :                    Chapter 7
JAR 259 FOOD CORP.,                                   :
                                                                         :                    Case No. 22-40304 (JMM)
                            Debtor.                           :
-----------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of       :
Jar 259 Food Corp.,                                        :
                                                                         :
                            Plaintiff,                          :
                                                                         :
            -against-                                            :                    Adv. Pro. No. 24-01029 (JMM)
                                                                         :
                                                                         :
351 VS KAUR FARMS, INC., KULJIT KAUR :
AND AMANDEEP SINGH,                               :
                                                                         :
                            Defendants.                    :
-----------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of       :
Jar 259 Food Corp.,                                        :
                                                                         :
                            Plaintiff,                          :
                                                                         :
            -against-                                            :                    Adv. Pro. No. 24-01030 (JMM)
                                                                         :
                                                                         :
ACCUFAST HOLDINGS, LLC d/b/a/            :
SECURITY TITLE SERVICES, CATALYST      :
BUSINESS PARTNERS LLC, NARINDER     :
SINGH GAHRA, PRITAM KAUR,                :
KAMLESH C. MEHTA FAMILY LLC,         :
KAMLESH MEHTA a/k/a KAMLESH C.     :
METTA, PARK HILLSIDE REALTY, LLC,  :
PK BUSINESS CAPITAL INC.,                      :
JAGADEESAN V. POOLA and SILVER        :
STAR FOODS, INC.,                                      :
                                                                         :
                            Defendants.                    :
-----------------------------------------------------------x
                                                                         :
YANN GERON, as Chapter 7 Trustee of       :

1

| | | |
|---|---|---|
| Jar 259 Food Corp., | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | Adv. Pro. No. 24-01031 (JMM) |
| | : | |
| | : | |
| 101 KAUR FARMS INC., 3350 KAUR FARMS INC., 22 CAPITAL INC., 225 OAK LLC, A & A VEGETABLES, INC., A & J PRODUCE CORP., A & S VEGETABLES, INC. d/b/a FOOD UNIVERSE MARKETPLACE, ADVANCE FOOD INTERNATIONAL INC., AMEET PROPERTIES LLC, AMERICAN EXPRESS COMPANY, ARIKUPURATHU INC., AZIZ SLAUGHTER HOUSE LIVE STOCK INC., a/k/a SLAUGHTER HOUSE, BABCO FOODS INTERNATIONAL LLC, BCB BANCORP., INC., BEST FOODS NJ, INC., BHAVANI FRUIT & VEGETABLE, LLC, CHETAK NEW YORK LLC, COBALT FUNDING SOLUTIONS LLC, CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. A/K/A CONED, DELIGHT FOODS USA LLC, EVOLUTION MANAGEMENT CORP., FARMERS CHOICE LLC, HABIB AMERICAN BANK a/k/a HAB BANK, HOUSE OF SPICES (INDIA), INC., ITRIA VENTURE LLC, JALARAM PRODUCE, INC., JOHNS FAMILY FISH MARKET CORP., KAUR FARMS INC., LEGACY CAPITAL 26 LLC, LONG ISLAND POWER AUTHORITY, LOUIS MILELLA & SON INC., MANHATTAN BEER DISTRIBUTORS OF LONG ISLAND INC., MNK ENTERPRISES LLC, MR. ADVANCE LLC, OM VEGETABLE INC., OM LIQUORS INC., PARKVIEW ADVANCE LLC, PRODUCE SOURCE INTERNATIONAL LLC, R BEST PRODUCE INC. S. KATZMAN PRODUCE INC., STALLER ASSOCIATES INC. a/k/a STALLER ASSOCIATES REALTY, THE MEKKATTI GROUP LLC a/k/a MEKKATTI | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

2

```
GRAPHICS, THOMAS WEISS &                :
ASSOCIATES P.C., TRIBORO WHOLESALE      :
INC., TRIVEDI LAW GROUP P.C., TWO       :
BROTHERS FOR WHOLESALE CHICKEN          :
INC., VLS FARMS INC., WESTMINSTER       :
MEAT PACKING INC., ZWICKER &            :
ASSOCIATES, P.C., AND JANE and JOHN     :
DOES,                                   :
                                        :
                      Defendants.       :
-----------------------------------------x
```

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 17th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 370]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

3. On the 17th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 22, Adv. Pro. No. 24-01029]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New

York State upon those parties listed on **Schedule B**.

    4.    On the 17th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 66, Adv. Pro. No. 24-01030]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule C**.

    5.    On the 17th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 188, Adv. Pro. No. 24-01031]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule D**.

    6.    On the 18th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 370]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule E**.

    7.    On the 18th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 188, Adv. Pro. No. 24-01031]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule F**.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 19, 2025

                                      */s/Lily Nevins-Perle*
                                      Lily Nevins-Perle

## Schedule A

Eastern District of New York
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004

Attn: Jonathan S. Bodner, Esq.
& Harry M. Gutfleish, Esq.
Bodner Law PLLC
55 Cherry Lane, Suite 101
Carle Place, NY 11514

Attn: John M. Cilmi, Esq.
Cilmi Law Group P.C.
43 New Dorp Plaza, 2nd Floor
Staten Island, NY 10306

Attn: Thomas R Slome, Esq.
Cullen & Dykman LLP
The Omni Building
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, NY 11533

Attn: William Anspach, Esq.,
Jae W. Chun, Esq.,
Daniel Treiman, Esq. & Leo Gertner, Esq.
Friedman & Anspach
1500 Broadway, Suite 2300
New York, NY 10036

Attn: Anthony F. Giuliano, Esq.
Giuliano Law P.C.
445 Broadhollow Road, Suite 25
Melville, NY 11747

Attn: Shanna M. Kaminski, Esq.
Kaminski Law, PLLC
30 W. 24th Street, 9th Floor
New York, NY 10010

Amandeep Singh
520 South Broadway
Hicksville, NY 11801

Attn: Joseph S. Maniscalco, Esq.
& Melanie A. FitzGerald, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793

Attn: Fred Ringel, Esq.
& Clement Yee, Esq.
Leech Tishman Robinson Brog PLLC
885 Second Avenue, 3rd Floor
New York, NY 10017

Attn: Gregory Brown, Esq.
McCarron & Diess
200 Broadhollow Road, Suite 207
Melville, NY 11747

Attn: Steven A. Jayson
Mellinger Kartzman LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950

Attn: Edward J. LoBello, Esq.
& Jordan D. Weiss, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530

Attn: Jeffrey K. Cymbler, Esq.
NYS Department of Taxation and Finance
District Tax Attorney
15 MetroTech Center
Brooklyn, NY 11201

Attn: Andrew E. Arthur, Esq., Jon Travis
Powers, Esq., James Vandermark, Esq. &
Heidi J Sorvino, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036

Attn: Shane Robert Heskin, Esq.
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103

Arjit Mehta
226 Brookville Road
Glen Head, NY 11545

Arjit Mehta
P.O. Box 784
Hicksville, NY 11802

American Express
Travel Related Services Co.
c/o Zwicker and Associates, P.C.
P.O. Box 9043
Andover, MA 01810

Arikupurathu, Inc.
c/o White, Cirrito, Nally & Lynch, LLP
Attn: Christopher Lynch
64 Hilton Avenue
Hempstead, NY 11550

Badshaw Farmers Market
BMT Capital Group LLC
11301 Hillside Drive
Edmond, OK 73013

Brickstone Fund LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Bridge Funding Cap LLC
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Cash Coin LLC
4615 Surf Avenue, 2nd Floor
Brooklyn, NY 11224

Clear Fund Solutions
99 Wall Street, Suite 2613
New York, NY 10005

Click Capital
7901 4th Street
Saint Petersburg, FL 33702

CLOUDFUND LLC
400 Rella Boulevard, Suite 165-101
Suffern, NY 10901

Crusader Group LLC
1185 S. Main Street
Cheshire, CT 06410

Crusader Group, LLC
600 Summer Street, Office 204
Stamford, CT 06901

David J. Barker
650 North Rangeline Road
Carmel, IN 46032

Delight Foods USA LLC
438 Saint Pauls Avenue
Jersey City, NJ 07306

Fox Business Funding
65 Broadway, Suite 804
New York, NY 10006

Fox Capital Group, Inc.
1920 E. Hallandale Beach Boulevard
Suite 503
Hallandale Beach, FL 33009

Fusion Funding - Funders
88 Pine Street, Suite 2202
New York, NY 10005

Fusion Funding, LLC
20200 W. Dixie Highway, Suite 908
Aventura, FL 33180

George Knobloch, COO
Key Food Stores Co-op Inc.
100 Matawan Road, Suite 1
Matawan, NJ 07747

Gofund Advance
c/o NY Secretary of State Corporations Div
99 Washington Avenue
Albany, NY 12210

Centralized Insolvency Operations
Internal Revenue Service
P.O. 7346
Philadelphia, PA 19101

Kingdom Kapital
1825 65th Street
Brooklyn, NY 11204

Kingdom Kapital
2111 57th Street
Brooklyn, NY 11204

Last Chance Funding Group
411 Hempstead Turnpike
West Hempstead, NY 11552

Legacy Capital 26 LLC
c/o Gene Rosen's Law Firm
200 Garden City Plaza, Suite 405
Garden City, NY 11530

LFG Funding Group LLC
1251 46th Street
Brooklyn, NY 11219

Liberty Fund Group
c/o NY Secretary of State Corporations Div.
99 Washington Avenue
Albany, NY 12210

Lifetime Funding LLC
585 Stewart Avenue, Suite L90
Garden City, NY 11530

Liquid Bee LLC
259 Madison Avenue, 22nd Floor
New York, NY 10017

Local 338 Annuity Fund,
Benefits Trust Fund,
Health & Welfare Fund, and
RWDSU/UFCW
1505 Kellum Place
Mineola, NY 11501

Louis Milella & Son Inc.
172 Village Avenue
Elmont, NY 11003

Long Island Power Authority
333 Earle Ovington Boulevard Suite 403
Uninodale, NY 11553-3606

Mapcap Advance, LLC d/b/a Topline Cash
c/o Ronald I. Chorches, Esq.
82 Wolcott Hill Road, Suite 203
Wethersfield, CT 06109

MCA Capital Holdings LLC
802 Avenue U, PH 7
Brooklyn, NY 11223

Meged Funding Group Corp.
12 Zeck Court
Suffern, NY 10901

National Labor Relations Board
Contempt, Compliance, Special Litigation
Attn: Dalford Dean Owens, Jr.
1015 Half Street, S.E., 4th Floor
Washington, DC 20570

New Bank
45-68 Francis Lewis Boulevard
Bayside, NY 11361

New York State Dept. of Labor
State Campus Building 12, Room 256
Albany, NY 11240

NYC Dept. of Finance  
66 John Street, Room 104  
New York, NY 10038  

NYC Dept. of Finance  
375 Pearl Street, 27th Floor  
New York, NY 10038  

NYS Queens Borough Hall  
120-55 Queens Boulevard  
Jamaica, NY 11424  

Attn: Insolvency Unit  
NYS Unemployment Insurance  
Building #12, Room 256  
Albany, NY 12201  

Panthers Capital, LLC  
8 South Main Street  
Marlboro, NJ 07746  

Panthers Capital, LLC  
157 Church Street, Suite 1971  
New Haven, CT 06510  

Panthers Capital, LLC  
185 Carrier Street  
P.O. Box 725220  
Liberty, NY 12754  

Plotzker & Agarwal, CPAS, LLC  
1205 Franklin Avenue, Suite 360  
Garden City, NY 11530  

Propulsion Funding LLC  
7901 4th Street, Suite 300  
Saint Petersburg, FL 33702  

Proventure Capital Funding  
99 Wall Street, Suite 576  
New York, NY 10005  

Randal Briskian  
7 Penn Plaza, 11th Floor  
New York, NY 10001  

Secure Capital LLC  
243 Tressler Boulevard, 17th Floor  
Stamford, CT 06901  

Simpli Funding  
500 West Putnam Avenue, Suite 4000  
Greenwich, CT 06830  

Steven Zakharyayev  
8 South Main Street  
Marlboro, NJ 07746  

The LCF Group, Inc.  
3305 Jerusalem Avenue, Suite 2001  
Wantagh, NY 11793  

Tiger Capital Group LLC  
1022 Avenue M  
Brooklyn, NY 11230  

Topline Cash  
c/o NY Secretary of State Corporations Div.  
99 Washington Avenue  
Albany, NY 12210  

True Business Funding, LLC  
333 River Street  
Hoboken, NJ 07030  

U.S. Small Business Administration  
Office of Disaster Assistance  
14925 Kingsport Road  
Fort Worth, TX 76155  

U.S. Small Business Administration  
200 West Santa Ana Boulevard  
Santa Ana, CA 92701  

United Fund USA  
30 Broad Street  
New York, NY 10004  

Wynwood Capital Group  
18117 Biscayne Boulevard  
North Miami Beach, FL 33160

| | |
|---|---|
| Yana Chechelnitsky<br>61-43 186th Street, Suite 450<br>Fresh Meadows, NY 11365 | Attn: Thomas Weiss, Esq.<br>Vishnick, McGovern & Milizio LLP<br>3000 Marcus Avenue, Suite 1E9<br>Lake Success, NY 11042 |

## Schedule B

351 VS Kaur Farms, Inc.
c/o The Corporation
320 Post Avenue, Suite 107
Westbury, NY 11590

351 Kaur Farms
320 Post Avenue, Suite 107
Westbury, NY 11590

Amandeep Singh
46 Alling Street
Hicksville, NY 11801

Amandeep Singh
520 South Broadway
Hicksville, NY 11801

Kuljit Kaur
46 Alling Street
Hicksville, NY 11801

Kuljit Kaur
520 South Broadway
Hicksville, NY 11801

## Schedule C

Accufast Holdings LLC, d/b/a Security Title
9225 Priority Way West Drive
Indianapolis, IA 46240-1573

Catalyst Business
8324 N. 9th Avenue
Phoenix, AZ 85021-5536

Catalyst Business Partners, LLC
6203 San Ignacio Avenue, Suite 110
San Jose, CA 95119

Catalyst Business Partners, LLC c/o
Anupam Awasthi
20915 Hidden View Lane
Saratoga, CA 95070

Jagadeesan V. Poola
7 Park Drive East
Old Westbury, NY 11568

Kamlesh C. Mehta Family LLC c/o Arjit
Mehta
22 Hemingway Drive
Dix Hills, NY 11746

Kamlesh C. Mehta
c/o Arjit Mehta
22 Hemingway Drive
Dix Hills, NY 11746

Narinder Singh Gahra
46 Alling Street
Hicksville, NY 11801

Park Hillside Realty c/o Igal Namidar
150 Great Neck Road, Suite 304
Great Neck, NY 11021

PK Business c/o The Corporation
320 Post Avenue, Suite 307
Westbury, NY 11590

Pritam Kaur
46 Alling Street
Hicksville, NY 11801

Silver Star Foods, Inc. c/o Registered
Agents, Inc.
4030 Wake Forest Road, Suite 349
Raleigh, NC 27609

Silver Star Foods, Inc.
6000 Fairview Road, Suite 1200
Charlotte, NC 28210

## Schedule D

101 Kaur Farms Inc.
320 Post Avenue, Suite 107
Westbury, NY 11590

22 Capital Inc.
53 Bridge Street, Suite 501
Brooklyn, NY 11201

22 Capital Inc.
c/o HYS Tax Firm
103 Chester Avenue
Brooklyn, NY 11218

225 Oak LLC
1562 1st Avenue, Suite 249
New York, NY 10028

3350 Kaur Farms, Inc.
320 Post Avenue, Suite 107
Westbury, NY 11590

3350 Kaur Farms, Inc.
3350 Hillside Avenue
New Hyde Park, NY 11040

A & A Vegetables, Inc.
3350 Hillside Avenue
New Hyde Park, NY 11040

A & S Vegetables Inc.
1620 Hillside Avenue
New Hyde Park, NY 11040

A & J Produce Corp.
c/o The Corporation
375 North Broadway, Suite 300
NYC Terminal Market
Jericho, NY 11753

Advance Food International Inc.
55-80 56th Street
Maspeth, NY 11378

Ameet Properties LLC c/o The LLC
175 W. Old Country Road
Hicksville, NY 11801

Arikupurathu Inc. c/o Shaji Varghese, CPA
74 Bounty Lane
Jericho, NY 11753

Arikupurathu Inc.
1620 Hillside Avenue
New Hyde Park, NY 11040

Arikupurathu Inc.
74 Lauren Drive
New Hyde Park, NY 11040

Aziz Slaughter House Live Stock Inc.
a/k/a Slaughter House
151-24 Beaver Road
Jamaica, NY 11430

Babco Foods International LLC
238 St. Nicholas Avenue
South Plainfield, NJ 07080

BCB Bancorp., Inc.
104-110 Avenue C
Bayonne, NJ 07002

Best Foods NJ, Inc.
30 Saw Mill Pond Road
Edison Township, NJ 08817

Bhavani Fruit & Vegetable LLC
c/o Mukund Patel
103 Bennet Road
Matawan, NJ 07747

Chetak New York LLC
351 Mill Road
Edison, NJ 08837

Cobalt Funding Solutions
99 Wall Street
New York, NY 10005

Consolidated Edison of New York, Inc.
a/k/a ConEd
c/o Silvia V. Dooley
Attn: Law Department
4 Irving Place, Room 1875
New York, NY 10003

Delight Foods USA LLC
438 Saint Pauls Avenue
Jersey City, NJ 07306

Evolution Management Corp.
c/o Kuljit Kaur
520 South Broadway
Hicksville, NY 11801

Farmers Choice Dairy LLC
c/o Mohammad Fabdallah
& Elvis Echevarria
64 Schmidt Lane
Circleville, NY  10919

Attn: Gene Rosen, Esq. & Gadi Dotz, Esq.
Gene Rosen's Law Firm
200 Garden City Plaza, Suite 405
Garden City, NY 11530

Habib American Bank
99 Madison Avenue
New York, NY 10016

Habib American Bank a/k/a HAB Bank
Attn: Officer, Manager,
or Any Other Officer
Authorized to Receive Service of Process
150 E 45th Street
New York, NY 10017

House of Spices (India), Inc.
3000 Marcus Avenue, Suite 2W10
New Hyde Park, NY 11042

Itria Venture LLC
155 East 55th Street, 302A
New York, NY 10022

Itria Venture LLC
Attn: Officer, Manager,
 or Any Other Officer
Authorized to Receive Service of Process
1000 N West Street, Suite 12000
Wilmington, DE 19801

Jalaram Produce, Inc.
18850 SW 360 Street
Homestead, FL 33034

John's Family Fish Market Corp.
184 Avenue U
Brooklyn, NY 11223

Kaur Farms Inc.
46 Alling Street
Hicksville, NY 11801

Long Island Power Authority
333 Earle Ovington Boulevard Suite 403
Uninodale, NY 11553-3606

Louis Milella & Son Inc.
172 Village Avenue
Elmont, NY 11003

Manhattan Beer Distributors
of Long Island Inc.
c/o Pesetsky, Goldfeder & Bookman
325 Broadway, Suite 501
New York, NY  10007

MNK Enterprises LLC c/o Gurvinder Singh
602 Pine Aire Drive
Bay Shore, NY 11706

Mr. Advance LLC
3110 37th Avenue, No. 202
Long Island City, NY 11101

Mr. Advance LLC  
35-12 19th Avenue  
Astoria, NY 11105

Mr. Advance LLC  
1093 Washington Place  
Baldwin, NY 11510

Mr. Advance, LLC  
35-12 19th Avenue, Suite 3W  
Astoria, NY 11105

Attn: Office of Counsel  
NYS Dept. of Taxation and Finance  
Building 9, W.A. Harriman Campus  
Albany, NY 12227

NYS Dept. of Taxation and Finance  
Bankruptcy Section  
P.O. Box 5300  
Albany, NY 12205

OM Liquors Inc.  
c/o Amandeep Singh  
1620A Hillside Avenue  
New Hyde Park, NY 11040

OM Vegetable  
520 S. Broadway  
Hicksville, NY 11801

OM Vegetable Inc.  
320 Post Avenue, Suite 108  
Westbury, NY 11590

Parkview Advance LLC  
25 Robert Pitt Drive, Suite 204  
Monsey, NY 10952

Parkview Advance LLC  
c/o A Registered Agent, Inc.  
8 The Green, Suite A  
Dover, Delaware 19901

Parkview Advance LLC  
400 Main Street  
Stamford, CT 06901

Parkview Advance LLC  
600 Summer Street, Office 204  
Stamford, CT 06901

Produce Source International LLC  
c/o Northwest Registered Agent LLC  
418 Broadway, Suite N  
Albany, NY 12207

R Best Produce Inc.  
99 Seaview Boulevard, Suite 100  
Port Washington, NY 11050

S. Katzman Produce Inc.  
213 Row B, NYC Terminal Market  
New York, NY 10474

Staller Associates Inc.  
a/k/a Staller Associates Realty  
1455 Veterans Highway, Suite 201  
Islandia, NY 11479

Staller Associates Inc.  
a/k/a Staller Associates Realty  
60 Broadhollow Road  
Melville, NY 11746

Thomas Weiss & Associates, P.C.  
1305 Franklin Avenue, Suite 300  
Garden City, NY 11530

The American Express Co.  
28 Liberty Street  
New York, NY 10285

The Mekkatti Group LLC  
a/k/a Mekkatti Graphics  
55 Harbor Drive  
Port Washington, NY 11050

15

Trivedi Law Group PC
c/o Ira Levine, Esq.
543 Broadway
Massapequa, NY 11758

Triboro Wholesale Inc. c/o The Corporation
56-31 56th Drive
Maspeth, NY 11378

Two Brothers for Wholesale Chicken Inc.
c/o Mohamed Ahmed
151-24 Beaver Road
Jamaica, NY 11433

VLS Farms Inc. c/o The Corporation
351 N Central Avenue
Valley Stream, NY 11580

Westminster Meat Packing Inc.
52 Seafood Lane
Westminster, VT 05158

Zwicker & Associates, P.C. c/o CT
Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

## Schedule E

BMT Capital Group LLC
13203 N 103rd Avenue
Sun City, AZ 85351

Fox Business Funding
803 S 21st Avenue
Hollywood, FL 33020

GoFund Advance c/o NY Secretary of State
Corporations Division
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Last Chance Funding Group
3000 Marcus Avenue, Suite 2W15
New Hyde Park, NY 11042

Liberty Fund Group
77 Water Street, Suite 2404
New York, NY 10005

Simpli Funding
45 Broadway
New York, NY 10006

TBF, True Business Funding LLC
301 Mill Road, Suite U-5
Hewlett, NY 11557

Tiger Capital Group LLC
One Grand Central Place
60 East 42nd Street, Suite 2036
New York, NY 10165

## Schedule F

225 Oak LLC
101 Eucalyptus Drive, Unit 3
Hollywood, FL 33021

VLS Farms Inc. c/o The Corporation
Attn: Alex Tsionis
Law Offices of Avrum Rosen
38 New Street
Huntington, NY 11743