**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                             :
                                                                  :                Chapter 7
JAR 259 FOOD CORP.,                                               :
                                                                  :                Case No. 22-40304 (JMM)
                       Debtor.                  :
------------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of                               :
Jar 259 Food Corp.,                                               :
                                                                  :
                       Plaintiff,                  :
                                                                  :
       -against-                                                 :                Adv. Pro. No. 24-01029 (JMM)
                                                                  :
                                                                  :
351 VS KAUR FARMS, INC., KULJIT KAUR                              :
AND AMANDEEP SINGH,                                               :
                                                                  :
                       Defendants.                 :
------------------------------------------------------------x
YANN GERON, as Chapter 7 Trustee of                               :
Jar 259 Food Corp.,                                               :
                                                                  :
                       Plaintiff,                  :
                                                                  :
       -against-                                                 :                Adv. Pro. No. 24-01030 (JMM)
                                                                  :
                                                                  :
ACCUFAST HOLDINGS, LLC d/b/a/                                     :
SECURITY TITLE SERVICES, CATALYST                                 :
BUSINESS PARTNERS LLC, NARINDER                                   :
SINGH GAHRA, PRITAM KAUR,                                         :
KAMLESH C. MEHTA FAMILY LLC,                                      :
KAMLESH MEHTA a/k/a KAMLESH C.                                    :
METTA, PARK HILLSIDE REALTY, LLC,                                 :
PK BUSINESS CAPITAL INC.,                                         :
JAGADEESAN V. POOLA and SILVER                                    :
STAR FOODS, INC.,                                                 :
                                                                  :
                       Defendants.                 :
------------------------------------------------------------x
                                                                  :
YANN GERON, as Chapter 7 Trustee of                               :

1

| | | |
|---|---|---|
| Jar 259 Food Corp., | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | Adv. Pro. No. 24-01031 (JMM) |
| | : | |
| | : | |
| 101 KAUR FARMS INC., 3350 KAUR FARMS INC., 22 CAPITAL INC., 225 OAK LLC, A & A VEGETABLES, INC., A & J PRODUCE CORP., A & S VEGETABLES, INC. d/b/a FOOD UNIVERSE MARKETPLACE, ADVANCE FOOD INTERNATIONAL INC., AMEET PROPERTIES LLC, AMERICAN EXPRESS COMPANY, ARIKUPURATHU INC., AZIZ SLAUGHTER HOUSE LIVE STOCK INC., a/k/a SLAUGHTER HOUSE, BABCO FOODS INTERNATIONAL LLC, BCB BANCORP., INC., BEST FOODS NJ, INC., BHAVANI FRUIT & VEGETABLE, LLC, CHETAK NEW YORK LLC, COBALT FUNDING SOLUTIONS LLC, CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. A/K/A CONED, DELIGHT FOODS USA LLC, EVOLUTION MANAGEMENT CORP., FARMERS CHOICE LLC, HABIB AMERICAN BANK a/k/a HAB BANK, HOUSE OF SPICES (INDIA), INC., ITRIA VENTURE LLC, JALARAM PRODUCE, INC., JOHNS FAMILY FISH MARKET CORP., KAUR FARMS INC., LEGACY CAPITAL 26 LLC, LONG ISLAND POWER AUTHORITY, LOUIS MILELLA & SON INC., MANHATTAN BEER DISTRIBUTORS OF LONG ISLAND INC., MNK ENTERPRISES LLC, MR. ADVANCE LLC, OM VEGETABLE INC., OM LIQUORS INC., PARKVIEW ADVANCE LLC, PRODUCE SOURCE INTERNATIONAL LLC, R BEST PRODUCE INC. S. KATZMAN PRODUCE INC., STALLER ASSOCIATES INC. a/k/a STALLER ASSOCIATES REALTY, THE MEKKATTI GROUP LLC a/k/a MEKKATTI | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

2

| | |
|---|---|
| GRAPHICS, THOMAS WEISS & ASSOCIATES P.C., TRIBORO WHOLESALE INC., TRIVEDI LAW GROUP P.C., TWO BROTHERS FOR WHOLESALE CHICKEN INC., VLS FARMS INC., WESTMINSTER MEAT PACKING INC., ZWICKER & ASSOCIATES, P.C., AND JANE and JOHN DOES, | : : : : : : : : : |
| Defendants. | : |

-------------------------------------------------------x

## **DECLARATION OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 18th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 22, Adv. Pro. No. 24-01029]

by email upon those parties, including the corresponding email addresses listed on **Schedule A**.

3. On the 18th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 66, Adv. Pro. No. 24-01030]

by email upon those parties, including the corresponding email addresses listed on **Schedule B**.

4. On the 18th day of March 2025, I served copies of:

- Chapter 7 Trustee's Notice of Presentment of Amended Procedures Order Governing Those Certain Adversary Proceedings Extending Mediation End Date from April 1, 2025, to September 19, 2025 [Docket No. 188, Adv. Pro. No. 24-01031]

by email upon those parties, including the corresponding email addresses listed on **Schedule C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 19, 2025

*/s/Kathleen Aiello*
Kathleen Aiello

## Schedule A

| **Party** | **Email Address** |
|---|---|
| Alex E. Tsionis<br>Law Offices of Avrum J. Rosen, PLLC<br>Attorneys for Defendants 351 VS Kaur Farms, Inc., Kuljit Kaur and Amandeep Singh | atsionis@ajrlawny.com |

## Schedule B

| **Party** | **Email Address** |
|---|---|
| Alex E. Tsionis<br>Law Offices of Avrum J. Rosen, PLLC<br>Attorneys for Defendants Narinder Singh Gahra,<br>Pritam Kaur, and PK Business Capital, Inc. | atsionis@ajrlawny.com; |
| David Barker<br>Barker Law Firm<br>Attorneys for Defendant Accufast Holdings, LLC<br>d/b/a Security Title Services | david@barkerlaw-in.com; |
| Robert Nosek<br>Certilman Balin Adler & Hyman, LLP<br>Attorneys for Defendants Kamlesh C. Mehta Family LLC,<br>Kamlesh Mehta a/k/a Kamlesh C. Metta<br>and Attorneys for Defendant Jagadeesan V. Poola | rnosek@certilmanbalin.com; |
| Scott Swanson<br>McCue Sussmane Zapfel & Cohen P.C.<br>Attorneys for Defendant Park Hillside Realty, LLC | sswanson@mszpc.com; and |
| Tushar Goel<br>Defendant Silver Star Foods, Inc. | tgoel@silverstarfoods.com |

## Schedule C

| **Party** | **Email Address** |
|---|---|
| Alex E. Tsionis<br>Law Offices of Avrum J. Rosen, PLLC<br>Attorneys for Defendants 101 Kaur Farms Inc.,<br>A&A Vegetables, Inc., A&S Vegetables, Inc.,<br>Ameet Properties LLC, Evolution Management Corp.,<br>Kaur Farms Inc., OM Liquors Inc.,<br>OM Vegetable Inc., and VLS Farms, Inc. | atsionis@ajrlawny.com; |
| Andrew M. Tilem, Esq.<br>Attorneys for Defendant Advance Food International, Inc. | andtile@googlemail.com; |
| Christopher Lynch<br>White, Cirrito, Nally and Lynch LLP<br>Attorneys for Defendant Arikupurathu Inc. | clynch@whiteandcirrito.com; |
| Steven Jayson<br>Mellinger Kartzman LLC<br>Attorneys for Defendant Best Foods NJ, Inc. | sjayson@msklaw.net; |
| Gene Rosen<br>Gene Rosen's Law Firm<br>Attorneys for 22 Capital, Inc. | gene@generosen.com; |
| Russell R. Johnson III<br>Lindsay K. Biggs<br>Law Firm of Russell R. Johnson III, PLC<br>Attorneys for Defendant PSEG Long Island | russell@russelljohnsonlawfirm.com;<br>lindsay@russelljohnsonlawfirm.com; |
| Shanna Kaminski<br>Kaminiski Law PLLC<br>Attorneys for Defendant Mr. Advance LLC,<br>Defendant Parkview Advance LLC and<br>Defendant Cobalt Funding Solutions LLC | skaminski@kaminskilawpllc.com; |
| Chantelle L. Okarter<br>Arnall Golden Gregory LLP<br>Attorneys for American Express National Bank<br>and American Express Travel Related Services Company | Chantelle.Okarter@AGG.com; |
| Lara P. Emouna<br>Gleich, Farkas & Emouna LLP<br>Attorneys for Defendant Staller Associates, Inc. | l.emouna@nylawfirm.com; |

Ira Levine, Esq.     ilevinelaw@optonline.net;
Attorneys for Defendant Trivedi Law Group PC     ira.levine@iralevinelaw.com;

John Cilmi     jcilmi@Cilmilaw.com;
Cilmi Law Group P.C.
Attorneys for Defendant BCB Bancorp. Inc.

Divya Singh     ds@rolandjones.com;
Joe Milner     jm@rolandjones.com; and
Roland Jones     rgj@rolandjones.com
Jones & Associates
Attorneys for Defendant Westminster Meat Packing Inc.